# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HAJARAT LADITI,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-1849 |
| | § | |
| **UNITED WHOLESALE MORTGAGE** | § | |
| **AND CENLAR FSB ("CENLAR"),** | § | |
| | § | |
| *Defendant.* | § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81 of the Southern District of Texas, Defendants file the following exhibits in support of the Notice of Removal:

**Exhibit A:** Index of Matters Being Filed;

**Exhibit B:** Civil Cover Sheet;

**Exhibit C:** State Court Civil Docket Sheet;

**Exhibit D:** State Court File;

**Exhibit E:** List of all parties and counsel of record, including addresses, telephone numbers and parties represented; and

**Exhibit F:** Fort Bend County Appraisal District Valuation for the Property.